IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:14-CV-169-RLV-DCK

| VERA A. HYDE, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| PATE-DAWSON COMPANY, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Angela Newell Gray, filed a "Certification Of Mediation Session" (Document No. 12) notifying the Court that the parties reached a settlement on June 24, 2015. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **July 24, 2015**.

Signed: June 29, 2015

David C. Keesler
United States Magistrate Judge